PETER H. CUTTITTA – SBN 3050
KELLEY R. CARROLL – SBN 5243
**PORTER SIMON**
Professional Corporation
675 Sierra Rose Drive, Ste 116
Reno, NV 89511
Telephone:   (530) 587-2002
Facsimile:   (530) 587-1316

Attorneys for TIMOTHY P. DEMARTINI
and MARGIE DEMARTINI

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA – NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY P. DEMARTINI and MARGIE DEMARTINI,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. DEMARTINI, RENATE DEMARTINI aka RENATE B. DEMARTINI, and DOES 1 through XX, inclusive,<br><br>Defendants. | Case No.: 3:14-CV-00478 |

### SUBSTITUTION OF COUNSEL

PETER H. CUTTITTA, is hereby substituted in as counsel for plaintiffs in the above-entitled action, in place of and instead of Susan Kay McGuire, Esq. of the Law Offices of Susan Kay McGuire, solely for purposes of the this action while within the jurisdiction of the United States District Court, District of Nevada – Northern Division, but not upon any remand.

DATED this ___7th___ day of ___October___ 2014.

LAW OFFICE OF
PORTER SIMON
Professional Corporation
675 Sierra Rose Dr., Ste. 116
Reno, NV 89511
Telephone: (775) 827-4678
Facsimile: (530) 587-1316

{00469686.DOC 1 }

PAGE 1

_____
TIMOTHY P. DEMARTINI, Plaintiff

_____
MARGIE DEMARTINI, Plaintiff

I hereby consent to the above and foregoing substitution.

DATED this __7th__ day of __October__ 2014.

LAW OFFICES OF SUSAN KAY MCGUIRE

_____
SUSAN KAY MCGUIRE
CALIFORNIA SBN 155041

I hereby accept the above and foregoing substitution as attorney for Plaintiffs, TIMOTHY P. DEMARTINI and MARGIE DEMARTINI.

DATED this __7th__ day of __October__ 2014.

PORTER SIMON
Professional Corporation

_____
Peter H. Cuttitta
Nevada SBN 3040

IT IS SO ORDERED.

DATED: October 8, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

LAW OFFICE OF
PORTER SIMON
Professional Corporation
675 Sierra Rose Dr., Ste 116
Reno, NV 89511
Telephone: (775) 827-1008
Facsimile: (530) 587-1316