UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DeMARTINI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL DeMARTINI, et al.,<br><br>Defendants. | No. 2:14-cv-2722 JAM CKD PS<br><br><br><br>ORDER |

Plaintiffs have requested permission under Local Rule 133(b)(2) and (3) to utilize electronic filing. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiffs' request is granted.

2. Within seven days from the date of this order, plaintiffs shall provide an e-mail address to the court for purposes of electronic filing.

Dated: March 3, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 demartini.ecf