UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DeMARTINI, et al., | No. 2:14-cv-2722 JAM CKD PS |
| Plaintiffs, | |
| v. | <u>ORDER</u> |
| MICHAEL DeMARTINI, et al., | |
| Defendants. | |

    This action was referred to the undersigned pursuant to Local Rule 302(c)(21). Calendared for hearing on May 27, 2015 is plaintiffs' motion to compel defendants to post security for costs. On May 7, 2015, plaintiffs filed amended documents pertaining to the motion. Defendants have requested an extension of time to file opposition.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. The hearing date of May 27, 2015 is vacated. Hearing on plaintiffs' motion is continued to June 24, 2015 at 10:00 a.m. in courtroom no. 24.

    2. Defendants shall file opposition, if any, to the motion no later than June 3, 2015. Failure to file opposition will be deemed as a statement of non-opposition and shall result in submission of the motion on the papers and a recommendation that an order be entered declaring defendants to be vexatious litigants and that defendants be required to post security for costs.

/////

1

3. Reply, if any, shall be filed no later than June 10, 2015.

Dated:  May 11, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 demartini.eot