1   PETER H. CUTTITTA – SBN 76176
    **PORTER SIMON**
2   Professional Corporation
3   40200 Truckee Airport Road
    Truckee, CA 96161
4   Telephone:  (530) 587-2002
    Facsimile:  (530) 587-1316
5
6   Attorneys for TIMOTHY P. DEMARTINI
    and MARGIE DEMARTINI
7

8                    **UNITED STATES DISTRICT COURT**
9
                 **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

11

12   TIMOTHY P. DEMARTINI and MARGIE              Case No.:  2:14-CV-02722
     DEMARTINI,
13

14              Plaintiffs,                       **STIPULATION TO RELEASE OF**
                                                  **FOR THE RETURN OF BOND WITH**
15   v.                                           **INTEREST AND ORDER THEREON**

16
     MICHAEL J. DEMARTINI, RENATE
17   DEMARTINI aka RENATE B. DEMARTINI,
     and DOES 1 through XX, inclusive,
18

19
                Defendants.
20                                        \
21   _____

22        Come now Plaintiffs, acting by and through their counsel of record, and Defendants, in

23   propria persona, and stipulate that the $10,000 cash deposit posted by Plaintiffs with the Clerk of

24   the Nevada County Superior Court on September 17, 2014 as security for the issuance of the

25   Court's September 16, 2014 temporary restraining order, and all interest accrued thereon from the

26   date of deposit, shall be released to Plaintiffs.  It is further stipulated that the release of this

27   deposit shall be without prejudice to Defendants' rights to tender claims for any damages which

28   they contend that they have suffered as a result of the issuance of the injunction, if it is finally

**LAW OFFICE OF
PORTER SIMON**
Professional Corporation
40200 Truckee Airport Rd.
Truckee, CA 96161
Telephone: (530) 587-2002
Facsimile:  (530) 587-1316

{00527560.DOC 1 }
                                    PAGE 1

1   determined that Plaintiffs were not entitled to its issuance, or to the presentation of any defenses

2   to such claims which may be asserted by Plaintiffs.

3

4   DATED:  June 25, 2015

5                                                          **PORTER SIMON**
                                                           Professional Corporation
6

7                                                          _____
8                                                          Peter H. Cuttitta
                                                           Attorneys for Plaintiffs TIMOTHY P.
9                                                          DEMARTINI and MARGIE DEMARTINI

10

11
    DATED:                                                 _____
12                                                         Michael J. DeMartini
                                                           Defendant, In Propria Persona
13

14

15  DATED:                                                 _____
16                                                         Renate DeMartini
                                                           Defendant, In Propria Persona
17

18

19                                          **ORDER**

20

21       Good cause appearing therefor, the $10,000 cash deposit posted by Plaintiffs with the

22  Clerk of the Nevada County Superior Court on September 17, 2014 as security for the issuance of

23  the Court's September 16, 2014 temporary restraining order, and all interest accrued thereon from

24  the date of deposit, shall be released to Plaintiffs, and the Clerk of the Nevada County Superior

25  Court is authorized to do so.

26  Dated:  June 26, 2015

27                                                         _____
28                                                         CAROLYN K. DELANEY
                                                           UNITED STATES MAGISTRATE JUDGE

LAW OFFICE OF
PORTER SIMON
Professional Corporation
40200 Truckee Airport Rd.
Truckee, CA 96161
Telephone: (530) 587-2002
Facsimile:  (530) 587-1316

{00527560.DOC 1 }

PAGE 2