1  PETER H. CUTTITTA – SBN 76176
**PORTER SIMON**
2  Professional Corporation
3  40200 Truckee Airport Road
Truckee, CA 96161
4  Telephone:  (530) 587-2002
Facsimile:  (530) 587-1316
5
6  Attorneys for TIMOTHY P. DEMARTINI
and MARGIE DEMARTINI
7
8  # UNITED STATES DISTRICT COURT
9
10  ## FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  TIMOTHY P. DEMARTINI and MARGIE            Case No.:  2:14-CV-02722 JAM CKD PS
DEMARTINI,
13
14            Plaintiffs,                     **STIPULATION TO AMEND
COMPLAINT AND COUNTER-CLAIM
15  v.                                        ORDER THEREON**
16
MICHAEL J. DEMARTINI, RENATE
17  DEMARTINI aka RENATE B. DEMARTINI,
and DOES 1 through XX, inclusive,
18
19            Defendants.
20  _____\
21
22       Come now Plaintiffs, acting by and through their counsel of record, and Defendants, in
23  propria persona, and stipulate as follows:
24       1.  Plaintiffs shall be permitted to file the First Amended Complaint attached hereto and
25           incorporated herein by reference as Exhibit "A", and which is the subject of their
26           pending motion for leave to do so; and
27       2.  Defendants/Counter-claimants shall be permitted to file the proposed Amended
28           Answer and Counter-claim attached hereto and incorporated herein by reference as

**LAW OFFICE OF**
**PORTER SIMON**
Professional Corporation
40200 Truckee Airport Rd.
Truckee, CA 96161
Telephone: (530) 587-2002
Facsimile:  (530) 587-1316

{00543686.DOC 1 }

PAGE 1

1      Exhibit "B", and which is the subject of their pending counter-motion for leave to do

2      so; and

3      3.   Plaintiffs shall have twenty (20) days from the date of the Court's Order on this

4           Stipulation to respond to the Amended Counterclaim; and

5      4.   Entry of the Order on this Stipulation shall not serve to vacate, or otherwise change or

6           effect, the Court's September 3, 2015 Status (Pretrial Scheduling) Order, all of whose

7           provisions shall remain in effect.

8   DATED:  September 28, 2015

9                                            **PORTER SIMON**
                                             Professional Corporation
10

11
                                             _____
12                                           Peter H. Cuttitta
                                             Attorneys for Plaintiffs TIMOTHY P.
13                                           DEMARTINI and MARGIE DEMARTINI

14

15
    DATED:                                   _____
16                                           Michael J. DeMartini
                                             Defendant, In Propria Persona
17

18

19  DATED:                                   _____
20                                           Renate DeMartini
                                             Defendant, In Propria Persona
21

22

23                                  **ORDER**

24

25      Good cause appearing therefore, the Court Orders that:

26      1.   Plaintiffs shall be permitted to file the First Amended Complaint attached hereto

27           and incorporated herein by reference as Exhibit "A", and which is the subject of their

28           pending motion for leave to do so; and

**LAW OFFICE OF**
**PORTER SIMON**
Professional Corporation      {00543686.DOC 1 }
40200 Truckee Airport Rd.
Truckee, CA 96161
Telephone: (530) 587-2002                              PAGE 2
Facsimile:  (530) 587-1316

1      2.  Defendants/Counter-claimants shall be permitted to file the proposed Amended

2           Answer and Counter-claim attached hereto and incorporated herein by reference as

3           Exhibit "B", and which is the subject of their pending counter-motion for leave to do

4           so; and

5      3.  Plaintiffs shall have twenty (20) days from the date of the Court's Order on this

6           Stipulation to respond to the Amended Counterclaim; and

7      4.  Entry of the Order on this Stipulation shall not serve to vacate, or otherwise change or

8           effect, the Court's September 3, 2015 Status (Pretrial Scheduling) Order, all of whose

9           provisions shall remain in effect.

10

11  Dated:  September 28, 2015

12

13                            CAROLYN K. DELANEY
                            UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LAW OFFICE OF
PORTER SIMON**
Professional Corporation
40200 Truckee Airport Rd.
Truckee, CA 96161
Telephone: (530) 587-2002
Facsimile:  (530) 587-1316

{00543686.DOC 1 }