UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DeMARTINI, et al., | No. 2:14-cv-2722 JAM CKD PS |
| Plaintiffs, | |
| v. | AMENDED FINDINGS AND RECOMMENDATIONS |
| MICHAEL DeMARTINI, et al., | |
| Defendants. | |

On April 14, 2016, findings and recommendations were filed. ECF No. 99. Plaintiffs/ counterdefendants have filed "objections" requesting clarification of an apparent inconsistency in the findings and recommendations. The objections are well taken; the court committed a clerical error in drafting the findings and recommendations.

Accordingly, THE FINDINGS AND RECOMMENDATIONS, filed April 14, 2016 (ECF No. 99), ARE AMENDED AS FOLLOWS:

   a.  ECF No. 99 at 9:12, "Plaintiffs/counterclaimants . . ." is amended to read "Plaintiffs/counterdefendants . . ."

   b.  ECF No. 99 at 12:12, ". . . be denied without prejudice to its renewal. . ." is amended to read ". . . be granted without prejudice to its renewal . . ."

These amended findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

1

days after being served with these amended findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  April 28, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 demartini2722.amd.f&r