UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DEMARTINI, et al., | No. 2:14-cv-2722 JAM CKD PS |
| Plaintiffs, | |
| v. | ORDER |
| MICHAEL DEMARTINI, et al., | |
| Defendants. | |

Plaintiffs have noticed for hearing on shortened time a motion to quash a subpoena of legal counsel. Because oral argument is not of material assistance, this matter is submitted on the briefs. E.D. Cal. L.R. 230(g). Upon review of the joint statement and exhibits submitted in connection with the motion, and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

Defendants have served a subpoena for deposition of Diepenbrock Elkin Gleason, LLP on November 16, 2016 at 2:00 p.m. The subpoenaed law firm represents plaintiff in active litigation in an action pending in the County of Marin. Defendants advance no argument and make no showing justifying deposition of litigation counsel who represent plaintiffs in an unrelated matter. See generally Shelton v. American Motors Corp., 805 F.2d 1323 (8th Cir. 1986).

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing date of November 16, 2016 is vacated.

2. Plaintiffs' motion to quash and for protective order is granted.

Dated:  November 9, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 demartini2722.qua

2