UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DEMARTINI, et al., | No. 2:14-cv-2722 JAM CKD PS |
| Plaintiffs, | |
| v. | ORDER |
| MICHAEL DEMARTINI, et al., | |
| Defendants. | |

An informal discovery conference was held before the undersigned on November 17, 2016. Kirk Rimmer appeared telephonically for plaintiffs. Defendant Michael DeMartini appeared telephonically in propria persona. Sue Maguire appeared telephonically for subpoenaed non-party Mark DeMartini. Upon hearing the arguments of counsel and defendant, and good cause appearing, THE COURT FINDS AND ORDERS AS FOLLOWS:

Non-party Mark DeMartini was not served with a subpoena duces tecum for the deposition at issue. No questioning shall be allowed at the deposition on the e-mail contents of Mark DeMartini's cell phone.

Dated: November 18, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 demartini2722.idc

1