UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DEMARTINI, et al., | No. 2:14-cv-2722 JAM CKD PS |
| Plaintiffs, | |
| v. | ORDER |
| MICHAEL DEMARTINI, et al., | |
| Defendants. | |

Pending before the court are defendants' motions for issuance of subpoenas. The motions were submitted on the briefs. E.D. Cal. L.R. 230(g). Upon review of the documents submitted in support, plaintiffs having filed statements of non-opposition, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

1. Defendants' motions for issuance of subpoenas (ECF Nos. 123, 127) are granted.

2. The Clerk of Court is directed to issue subpoenas for the depositions of witnesses Susan McGuire and Greg Baerreson. The subpoenas so issued shall not be subpoenas duces tecum.

Dated: December 6, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 demartini2722.subp