UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DEMARTINI, et al., | No. 2:14-cv-2722 JAM CKD PS |
| Plaintiffs, | |
| v. | ORDER |
| MICHAEL DEMARTINI, et al., | |
| Defendants. | |

Pending before the court is plaintiff's motion for protective order regarding the deposition of plaintiff Timothy DeMartini.  Defendant has improperly noticed the deposition to take place outside of the Eastern District of California.  In light of the imminent discovery cut-off and upon review of the docket, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

The deposition of Timothy DeMartini shall take place at the Federal Courthouse in Sacramento no later than February 22, 2017.  The parties may contact the courtroom deputy of the undersigned to arrange for a conference room in which the deposition shall take place.  Only the parties and their counsel may attend the deposition.

Dated: February 17, 2017

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 demartini2722.tim.depo

1