UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DEMARTINI, et al., | No. 2:14-cv-2722 JAM CKD PS |
| Plaintiffs, | |
| v. | ORDER |
| MICHAEL DEMARTINI, et al., | |
| Defendants. | |

Pending before the court is defendants' motion for subpoenas. The motion was submitted on the briefs. E.D. Cal. L.R. 230(g). Upon review of the documents submitted in support and the statement of non-opposition, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

1. Defendants' motion for subpoenas (ECF No. 203) is granted. The Clerk of Court is directed to issue subpoenas for plaintiffs disclosed experts: Richard Cook, Erin Bechtold, Dustin Grate, Don Vilfer, and Daniel Ketcham.

2. Expert discovery is extended past the April 19, 2017 cut-off to May 3, 2017, solely for the purpose of conducting the deposition of plaintiffs' disclosed expert CPA Richard Cook.

Dated: March 31, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 demartini2722.subp

1