UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DEMARTINI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL DEMARTINI, et al.,<br><br>Defendants. | No. 2:14-cv-2722 JAM CKD PS<br><br><br><br>ORDER |

The automatic stay imposed under California Code of Civil Procedure § 391.6 has expired. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants/counterclaimants shall file opposition, if any, to plaintiffs/counterdefendants' motion for summary judgment (ECF No. 202) no later than May 15, 2017. Failure to file opposition will be deemed as a statement of non-opposition and shall result in submission of the motion on the papers and a recommendation that the counterclaims be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

2. Reply, if any, shall be filed no later than May 22, 2017.

/////
/////
/////
/////

1

3. Hearing on plaintiffs/ counterdefendants' motion for summary judgment is set for May 31, 2017 at 10:00 a.m. in courtroom no. 24.

Dated: May 1, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 demartini2722.brf