UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DEMARTINI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. DEMARTINI, et al.,<br><br>Defendants. | No. 2:14-cv-2722 JAM CKD PS<br><br><br><br>ORDER |

Defendants have requested a two-week extension of time to file objections to the findings and recommendations issued June 14, 2017 regarding plaintiffs' motion for summary judgment. Plaintiffs oppose the extension. Good cause appearing, the court will grant defendants' request; however, no further extensions of time will be granted.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Defendants' motion for extension of time (ECF No. 238) is granted; and

2. Defendants shall file objections to the June 14, 2017 findings and recommendations no later than July 12, 2017.

Dated: June 27, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 demartini2722.eot

1