1  MICHAEL J. DEMARTINI
   3362 Meridian Ct.
2  Reno, Nevada 89509
   Tel: 775-323-7202
3  Fax: 775-323-8354

4  Michael J. DeMartini, pro se

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY P. DEMARTINI, et al, | Case No.: 2:14-CV-02722 JAM-CKD |
| Plaintiffs, | **NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND ORDER** |
| v. | |
| MICHAEL J. DEMARTINI, et al, | |
| Defendants. | |

### TO: THE HONORABLE COURT AND TO ALL PARTIES OF RECORD:

Defendant Michael DeMartini hereby requests that Exhibit A and B to Defendants' Objections to Magistrate Judge's Findings and Recommendations filed August 29, 2017 as ECF No. 255 at pp. 27 – 41 be filed <u>under seal</u> with the Court.

The reasons for this request is that the redacted versions of the aforementioned Exhibit A and B did not successfully redact all the leading digits of the social-security number, taxpayer-identification number, and financial account number, and did not successfully redact the month and day of birth. Copies of the intended redacted versions of the aforementioned Exhibit A and B are attached hereto.

Dated: August 30, 2017

                                         Respectfully Submitted,

                                         <u>/s/ Michael J. DeMartini</u>
                                         Michael J. DeMartini, pro se

**ORDER**

Good cause appearing,

IT IS SO ORDERED that Exhibit A and B to Defendants' Objections to Magistrate Judge's Findings and Recommendations filed August 29, 2017 as ECF No. 255 pp. 27 – 41 be filed under seal. The intended redacted versions of the aforementioned Exhibit A and B attached to the request are authorized to be filed.

Dated: September 6, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE