UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DEMARTINI, et al., | No. 2:14-cv-2722 JAM CKD PS |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL J. DEMARTINI, et al., | |
| Defendant. | |

Plaintiff filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

On June 14, 2017, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. Per an extension of the deadline, defendants filed objections on August 29, 2017. See ECF No. 254.

////
////
////
////
////
////

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 14, 2017, are adopted in full;
2. Plaintiffs' motion for summary judgment (ECF No. 202) is granted; and
3. This case shall proceed to trial on the remaining claims.

DATED: 12/19/2017

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE