1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  TIMOTHY P. DEMARTINI, et al.,    )   Case No. 2:14-cv-02722 JAM-CKD
                                     )
12                    Plaintiffs,    )   **PRETRIAL CONFERENCE ORDER**
                                     )
13       v.                          )
                                     )
14  MICHAEL J. DEMARTINI, et al.,    )
                                     )
15  _____    )
                    Defendants.      )

16       Pursuant to court order, a Pretrial Conference was held on

17  February 16, 2018 before Judge John Mendez.  Kirk S. Rimmer, Peter

18  A. Klein and Christian F. Kemos appeared as counsel for plaintiffs;

19  defendants Michael J. Demartini and Renate Demartini appeared Pro

20  Se.  After hearing, the Court makes the following findings and

21  orders:

22                      I. JURISDICTION/VENUE

23       Jurisdiction is predicated upon 28 U.S.C. § 1332 and 28 U.S.C.

24  § 1367(a), and has previously been found to be proper by order of

25  this court, as has venue.  Those orders are confirmed.

26                      II. JURY/NON-JURY

27       Defendants have demanded a jury trial.  See Section XIX,

28  infra.

III. STATEMENT TO BE READ TO JURY

Seven (7) days prior to trial the parties shall E-file a joint statement of the case that may be read to the jury at the beginning of jury selection.

IV. UNDISPUTED FACTS

None.

V. DISPUTED FACTUAL ISSUES

**Plaintiffs' Disputed Factual Issues:**

A. Plaintiffs' Claim for Partition

Defendants dispute that the property at issue in Plaintiffs' first cause of action is "owned" by both Plaintiffs and Defendants.

Defendants dispute that Plaintiffs are entitled to partition, and partition by sale.

B. Plaintiffs' Claim for Breach of Contract

Defendants dispute that they have breached the promissory note and extension, and claim that Plaintiffs were the cause of any breach because they failed to refinance or extend the loan further.

**Defendants' Disputed Factual Issues:**

1. Defendants are informed and believe that at relevant times hereto Plaintiffs were residents and/or citizens of the State of Nevada, which Plaintiffs dispute. Except as mentioned in the undisputed facts above, Defendants have disputed and denied the remainder of the allegations in Plaintiffs' complaint.

2. Defendants dispute that Plaintiffs have an absolute right to partition the claimed property based on Defendants' affirmative defenses, title to the property, partnership claims, and other issues.

3. Further, Defendants dispute that there is an issue regarding the loan payments as Plaintiffs allege. Defendants

dispute that the alleged loan was paid by Plaintiffs.

4. Defendants dispute that the property was operated as a tenant in common property.

5. Defendants dispute that the title to the property is clear and in the name of the parties as tenants in common.

6. Defendants dispute that Plaintiffs built the building at 12759 Loma Rica Drive.

7. Plaintiffs dispute that the 12757 and 12761 building was built by the partnership or Michael and Renate DeMartini.

8. Plaintiffs dispute that a partnership exists and defendants claim that Plaintiffs wrongfully dissociated from the partnership for personal gain adverse to the partnership.

## VI. DISPUTED EVIDENTIARY ISSUES

**Plaintiffs' Disputed Evidentiary Issues:**

A. Defendants' Documents

1. Plaintiffs anticipate that Defendants may attempt to introduce at trial, exhibits which have never been produced before in discovery as Defendants have repeatedly claimed they have "more" information they have not disclosed. Plaintiffs expect that they will seek a motion in limine precluding the admission and use of any document or tangible evidence by Defendants, which they have not produced in discovery.

2. Plaintiffs also expect that they will seek motions in limine barring any discussion or documents relating in any manner to the claims or properties disposed of in Plaintiffs Motion for Summary Judgment.

B. Defendants' Witnesses

Plaintiffs anticipate that Defendants will attempt to call witnesses previously undisclosed or improperly disclosed, if that

is the case, they will seek a motion in limine precluding these witness' testimony. Plaintiffs will also seek a motion in limine barring the testimony of any witness whose expected testimony relates to any of the issues or claims disposed of in Plaintiffs Motion for Summary Judgment.

C.   Expert Witness Issues

Plaintiffs will seek to challenge the testimony and designation of Defendant Michael DeMartini and his son as percipient expert witnesses.

**Defendants' Disputed Evidentiary Issues:**

Defendants do not anticipate any disputes. Absent a rule to the contrary, Defendants anticipate that all exhibits produced at trial will be documents or things previously produced in the terabytes of information that Plaintiffs requested during discovery.

VII. RELIEF SOUGHT

**Plaintiffs:**

A.   Plaintiffs' Claim for Partition

1.   For a determination by the court that Plaintiffs and Defendants are the sole co-owners of the real property and that no other persons have any interest in the real property;

2.   For an order and judgment that the real property be sold and that from the proceeds of the sale any encumbrance and adjustments be paid, together with the costs and expenses of this action and the sale, and the net proceeds then be divided between Plaintiffs and Defendants in accordance with their respective interests; and

3.   Plaintiffs seek statutory costs pursuant to sections

874.010 and 874.040 of the California Code of Civil Procedure Partition statute.

    B.   <u>Plaintiffs' Claim for Breach of Contract</u>

    1.   Compensatory damages of $68,606.26; and

    2.   Interest on the sum of $68,606.26 at the legal rate of interest from the date of breach to the entry of judgment in this action.

**Defendants**:

Regarding relief sought in response to Plaintiffs' present claims, Defendants seek that the partition and breach of contract claims be denied.

VIII. <u>POINTS OF LAW</u>

Trial briefs shall be E-filed with the court no later than seven (7) days prior to the date of trial, i.e., April 9, 2018. Any points of law not previously argued to the Court should be briefed in the trial briefs.

IX. <u>ABANDONED ISSUES</u>

**Plaintiffs**:

Plaintiffs know of no abandoned claims/issues other than all of the claims in Defendants Second Amended Counterclaim which were effectively disposed of by Plaintiffs Motion for Summary Judgment.

**Defendants**:

None of Defendants' affirmative defenses have been abandoned.

X. <u>WITNESSES</u>

Plaintiffs anticipate calling the following witnesses:

1.   Timothy P. DeMartini

2.   Margie DeMartini

3.   Susan K. McGuire

1 4.  Chris Skinner of Westamerica Bank

2 5.  Custodian of Records of Westamerica Bank

3 6.  Michael DeMartini

4 7.  Renate DeMartini

5 8.  Daniel Ketcham

6 Defendants anticipate calling the following witnesses:

7 1.  Curt Chittock

8 2.  Richard Cook

9 3.  Daniel J. DeMartini

10 4.  David A. DeMartini

11 5.  James (Jim) C. DeMartini

12 6.  Jon H. DeMartini

13 7.  Laurie DeMartini

14 8.  Margie DeMartini

15 9.  Mark A. DeMartini

16 10. Renate DeMartini

17 11. Timothy J. DeMartini

18 12. Timothy P. DeMartini

19 13. Richard Hawkins

20 14. Newell Humpherys

21 15. Susan K. McGuire

22 16. Kevin Parker

23 17. Greg Baerreson

24 18. Jim Gates

25 19. Bill Divis

26 20. Douglas Johnson

27 21. Mark Cunningham

28 22. E. Shephard

1    23.  Andy Cassano

2    24.  A person most knowledgeable from Westamerica Bank

3    25.  A person most knowledgeable from Wells Fargo Bank

4    26.  A person most knowledgeable from Bank of America

5    27.  Nevada County Sheriff's Office (Deputy Johnson)

6    28.  Walp & Associates (Sheri Gailbreath)

7    29.  Michael DeMartini, 3362 Meridian Ct.

8    30.  Michael DeMartini (designated as expert)

9    31.  Matthew DeMartini

10   32.  Matthew DeMartini (designated as expert)

11   33.  A person most knowledgeable from Vossloh Signaling, Inc.

12   34.  Advanced Towing, Inc (Ryan Condon, Chuck Collins)

13   35.  John Bilheimer

14   36.  Preston Williams

15   37.  Pete Massett

16   38.  Scott Brown

17   39.  Mark Gilmartin

18   Each party may call a witness designated by the other.

19   A.   No other witnesses will be permitted to testify unless:

20   (1)  The party offering the witness demonstrates that the

21   witness is for the purpose of rebutting evidence which could not be

22   reasonably anticipated at the Pretrial Conference, or

23   (2)  The witness was discovered after the Pretrial

24   Conference and the proffering party makes the showing required in

25   "B" below.

26   B.   Upon the post-Pretrial discovery of witnesses, the

27   attorney shall promptly inform the court and opposing parties of

28   the existence of the unlisted witnesses so that the court may

consider at trial whether the witnesses shall be permitted to testify. The evidence will not be permitted unless:

(1) The witnesses could not reasonably have been discovered prior to Pretrial;

(2) The court and opposing counsel were promptly notified upon discovery of the witnesses;

(3) If time permitted, counsel proffered the witnesses for deposition;

(4) If time did not permit, a reasonable summary of the witnesses' testimony was provided opposing counsel.

## XI. EXHIBITS, SCHEDULES AND SUMMARIES

Plaintiffs' list of exhibits is attached hereto as Exhibit 1.

Defendants' list of exhibits is attached hereto as Exhibit 2.

Each party may use an exhibit designated by the other.

A. No other exhibits will be permitted to be introduced unless:

(1) The party proffering the exhibit demonstrates that the exhibit is for the purpose of rebutting evidence which could not be reasonably anticipated at the Pretrial Conference, or

(2) The exhibit was discovered after the Pretrial Conference and the proffering party makes the showing required in paragraph "B," below.

B. Upon the post-Pretrial discovery of exhibits, the attorneys shall promptly inform the court and opposing counsel of the existence of such exhibits so that the court may consider at trial their admissibility. The exhibits will not be received unless the proffering party demonstrates:

(1) The exhibits could not reasonably have been

1  discovered prior to Pretrial;

2          (2)   The court and counsel were promptly informed of
3  their existence;

4          (3)   Counsel forwarded a copy of the exhibit(s) (if
5  physically possible) to opposing counsel.  If the exhibit(s) may
6  not be copied, the proffering counsel must show that he has made
7  the exhibit(s) reasonably available for inspection by opposing
8  counsel.

9      As to each exhibit, each party is ordered to exchange copies
10  of the exhibit not later than fourteen (14) days before trial.
11  Each party is then granted five (5) days to file and serve
12  objections to any of the exhibits.  In making the objection, the
13  party is to set forth the grounds for the objection.  The parties
14  shall pre-mark their respective exhibits in accord with the Court's
15  Pretrial Order.  Exhibit stickers may be obtained through the
16  Clerk's Office.  An original and one (1) copy of the exhibits shall
17  be presented to Harry Vine, Deputy Courtroom Clerk, at 8:30 a.m. on
18  the date set for trial or at such earlier time as may be agreed
19  upon.  Mr. Vine can be contacted at (916) 930-4091 or via e-mail
20  at: hvine@caed.uscourts.gov.  As to each exhibit which is not
21  objected to, it shall be marked and may be received into evidence
22  on motion and will require no further foundation.  Each exhibit
23  which is objected to will be marked for identification only.

24                  XII.  DISCOVERY DOCUMENTS

25      **Plaintiffs**:

26      1.   The depositions of Michael DeMartini taken on December 8,
27  2016, and January 21, 2017 and all exhibits attached to those
28  depositions; the expert deposition and exhibits attached thereto of

Michael DeMartini taken on March 22, 2017 (only in the event that Michael DeMartini is admitted as an expert witness); Deposition of Renate DeMartini taken on November 7, 2016 and exhibits attached thereto.

2. Interrogatories propounded by Plaintiffs to Defendants and the responses thereto by Defendants.

3. Demand to produce documents propounded by Plaintiffs to Defendants and the responses thereto by Defendants.

4. Requests for admissions propounded by Plaintiffs to Defendants and the responses thereto by Defendants.

**Defendants**:

1. Request for Admissions from Michael J. DeMartini to Timothy P. DeMartini, Set One, 11/18/16.

2. Response by Timothy DeMartini to RFA's Propounded by Michael DeMartini Set One, 12/17/16

3. Request for Admissions from Michael J. DeMartini to Timothy P. DeMartini, Set Two, 12/28/16.

4. Response by Timothy DeMartini to Requests for Admissions Propounded by Michael DeMartini Set Two, 1/26/17.

5. Request for Production of Documents Under Rule 34 from Michael J. DeMartini to Timothy P. DeMartini, Set One, 1/23/17.

6. Response by Timothy DeMartini to Demand to produce Documents Propounded by Michael DeMartini set one, 2/22/17.

7. Request for Admissions from Renate DeMartini to Timothy P. DeMartini, Set One, 9/29/16.

8. Request for Admissions from Renate DeMartini to Margie DeMartini, Set One, 9/29/16.

9. Response by Margie DeMartini to Requests for Admissions Propounded by Renate DeMartini Set One, 10/27/16.

1    10.    Response by Timothy DeMartini to Requests for Admissions

2 Propounded by Renate DeMartini Set One, 10/27/16.

3    11.    First Set of Interrogatories from Michael J. DeMartini to

4 Timothy P. DeMartini, 12/23/16.

5    12.    Response by Timothy DeMartini to Interrogatories

6 Propounded by Michael DeMartini Set One, 1/21/17.

7    13.    02/14/17 Deposition of Gregory Baerresen w/ Exhibits

8    14.    11/16/16 Deposition of Sheri Gailbreath

9 (Transcript/Audiovisual) w/ Exhibits

10    15.    10/13/16 Deposition of Jon H. DeMartini

11 (Transcript/Audiovisual) w/ Exhibits

12    16.    10/21/16 Deposition of Pete Massett

13 (Transcript/Audiovisual) w/ Exhibits

14    17.    1/12/17 Deposition of Margie DeMartini w/ Exhibits

15    18.    2/21/17 Deposition of Timothy DeMartini w/ Exhibits

16    19.    11/17/16 Deposition of Mark DeMartini

17 (Transcript/Audiovisual) w/ Exhibits

18    20.    11/17/16 Deposition of Preston Williams

19 (Transcript/Audiovisual) w/ Exhibits

XIII. FURTHER DISCOVERY OR MOTIONS

20    Pursuant to the court's Status Conference Order, all discovery

21 and law and motion was to have been conducted so as to be completed

22 as of the date of the Pretrial Conference.  That order is

23 confirmed.  The parties are free to do anything they desire

24 pursuant to informal agreement.  However, any such agreement will

25 not be enforceable in this court.

XIV. STIPULATIONS

26

27    None.

28 ///

11

XV. AMENDMENTS/DISMISSALS

Plaintiffs brought a motion to amend before this Court which added two trustee defendants in relation to their third cause of action seeking dissolution of a partnership and the partition of the partnership's owned property. The Court granted that motion. Defendants have appealed that motion.

XVI. FURTHER TRIAL PREPARATION

A.    Counsel are directed to Local Rule 285 regarding the contents of trial briefs. Such briefs should be E-filed seven (7) days prior to trial, i.e., April 9, 2018.

B.    Counsel are further directed to confer and to attempt to agree upon a joint set of jury instructions. The joint set of instructions shall be lodged via ECF with the court clerk seven (7) calendar days prior to the date of the trial, i.e., April 9, 2018, and shall be identified as the "Jury Instructions Without Objection." As to instructions as to which there is dispute the parties shall submit the instruction(s) via ECF as its package of proposed jury instructions three days before trial, i.e., April 13, 2018. This package of proposed instructions should not include the "Jury Instructions Without Objection" and should be clearly identified as "Disputed Jury Instructions" on the proposed instructions.

The parties shall e-mail a set of all proposed jury instructions in word format to the Court's Judicial Assistant, Jane Klingelhoets, at: jklingelhoets@caed.uscourts.gov.

C.    It is the duty of counsel to ensure that a hard copy of any deposition which is to be used at trial has been lodged with the Clerk of the Court pursuant to Local Rule 133(j). The

depositions shall be lodged with the court clerk seven (7) calendar days prior to the date of the trial. Counsel are cautioned that a failure to discharge this duty may result in the court precluding use of the deposition or imposition of such other sanctions as the court deems appropriate.

D. The parties are ordered to E-file with the court and exchange between themselves not later than one (1) week before the trial a statement designating portions of depositions intended to be offered or read into evidence (except for portions to be used only for impeachment or rebuttal).

E. The parties are ordered to E-file with the court and exchange between themselves not later than one (1) week before trial the portions of Answers to Interrogatories and/or Requests for Admission which the respective parties intend to offer or read into evidence at the trial (except portions to be used only for impeachment or rebuttal).

F. Each party may submit proposed voir dire questions the party would like the court to put to prospective jurors during jury selection. Proposed voir dire should be submitted via ECF one (1) week prior to trial.

G. Each party may submit a proposed verdict form that the party would like the Court to use in this case. Proposed verdict forms should be submitted via ECF one (1) week prior to trial.

H. In limine motions shall be E-filed separately at least ten (10) days prior to trial, i.e., April 6, 2018. Opposition briefs shall be E-filed five (5) days prior to trial, i.e., April 11, 2018. No reply briefs may be filed.

///

## XVII. SETTLEMENT NEGOTIATIONS

No further formal Settlement Conference will be set in this case at this time.

## XVIII. AGREED STATEMENTS

See paragraph III, *supra*.

## XIX. SEPARATE TRIAL OF ISSUES

Plaintiffs' request that the trial be bifurcated is denied, however, the equitable cause of action for partition of the Grass Valley Real Property will be decided by the Court, and the breach of contract cause of action will be tried and decided by a jury.

## XX. IMPARTIAL EXPERTS/LIMITATION OF EXPERTS

None.

## XXI. ATTORNEYS' FEES

The matter of the award of attorneys' fees to prevailing parties pursuant to statute will be handled by motion in accordance with Local Rule 293.

## XXII. MISCELLANEOUS

None.

## XXIII. ESTIMATE OF TRIAL TIME/TRIAL DATE

The parties estimate three (3) to five (5) court days for trial. Trial will commence on or about April 16, 2018, at 9:00 a.m.

Counsel are to call Harry Vine, Courtroom Deputy, at (916) 930-4091, one week prior to trial to ascertain the status of the trial date.

///

///

///

# XXIV. OBJECTIONS TO PRETRIAL ORDER

Each party is granted seven (7) days from the date of this Pretrial Order to object or respond to it via ECF.

IT IS SO ORDERED.

DATED: February 20, 2018.

_____
JOHN A. MENDEZ
United States District Judge

**EXHIBIT 1**

## Plaintiffs' List of Exhibits, Exhibit 1

1.    Deed recorded May 24, 1977, as Instrument No. 13664 in the Office of the County Recorder of Nevada County from Harold J. Gleason and Mildred Gleason to James P. DeMartini and Thelma DeMartini, and to Timothy P. DeMartini and Margie DeMartini regarding property commonly known as 12759 Loma Rica Drive, Grass Valley, California.

2.    Deed recorded October 17, 1977, as Instrument No. 29428 in the Office of the County Recorder of Nevada County from James and Thelma DeMartini and Timothy and Margie DeMartini to James and Thelma DeMartini, Timothy and Margie DeMartini, and Michael and Renate DeMartini regarding property commonly known as 12759 Loma Rica Drive, Grass Valley, California.

3.    Deed recorded December 31, 1984, as Instrument No. 84-32361 in the Office of the County Recorder of Nevada County from James C. DeMartini and Timothy P. DeMartini, trustees of the marital trust under the will of James P. DeMartini dated December 9, 1982 to Thelma DeMartini regarding property commonly known as 12759 Loma Rica Drive, Grass Valley, California.

4.    Deed recorded December 31, 1984, as Instrument No. 84-32363 in the Office of the County Recorder of Nevada County from Thelma DeMartini to Timothy P. DeMartini and Margie DeMartini and Michael and Renate DeMartini regarding property commonly known as 12759 Loma Rica Drive, Grass Valley, California.

1

5.     Promissory note dated April 30, 1998, among Michael DeMartini, Renate DeMartini, Timothy DeMartini and Margie DeMartini as obligors, and Westamerica Bank as beneficiary in a principal sum equal to $250,000.00 (hereafter, "the Bank Loan").

6.     Deed of Trust Recorded May 15, 1998, as Instrument No. 98014448 in the Office of the County Recorder of Nevada County with Michael DeMartini, Renate DeMartini, Timothy DeMartini and Margie DeMartini as trustors, and Westamerica Bank as beneficiary ("Deed of Trust").

7.     Letter dated April 22, 2014, from Chris Skinner of Westamerica Bank to Timothy DeMartini and Margie DeMartini relating to the Bank Loan maturity on June 1, 2014.

8.     Change of terms agreement relating to the Bank Loan dated February 27, 2014, executed by Michael DeMartini, Renate DeMartini, Timothy DeMartini and Margie DeMartini extending the term of the Bank Loan from March 1, 2014 to June 1, 2014 in a principal amount equal to $140,125.74.

9.     May 12, 2014, e-mail from Susan Kay McGuire to Michael DeMartini regarding the pre-approved renewal paperwork relating to the Bank Loan or demand to pay one half of the Bank Loan.

10.     May 16, 2014, facsimile from Susan Kay McGuire to Michael DeMartini containing a letter from Tim DeMartini to Michael DeMartini regarding the redemption of the  Bank Loan due on June 1, 2014.

11. May 16, 2014, Letter from Timothy DeMartini to Michael DeMartini regarding the redemption of the Bank Loan due on June 1, 2014.

12. Check dated May 23, 2014, in the sum of $137,212.31 drawn on the checking account of Timothy DeMartini and Margie DeMartini payable to Westamerica Bank for the redemption of the Bank Loan.

13. June 2, 2014, loan transmittal letter from Westamerica Bank referencing the payoff of the Bank Loan in a sum equal to $137,212.31 from Timothy and Margie DeMartini.

14. May 23, 2014, Westamerica Bank commercial loan payoff quote for the Bank Loan.

15. May 27, 2014, e-mail and U.S. mail certified receipt letter from Susan Kay McGuire to Michael DeMartini regarding the Bank Loan, payoff quote, change in terms agreement, receipt by Westamerica bank of the redemption payment by Timothy and Margie DeMartini regarding the Bank Loan, and Westamerica payoff quote, proof of mailing, and proof of facsimile transmission.

16. May 30, 2014, letter sent Federal Express (with proof of delivery) from Susan Kay McGuire to Michael DeMartini containing Timothy DeMartini's letter to Michael DeMartini and rejecting Michael DeMartini's offer to pay .5% interest per month on Michael and Renate's obligation to pay one half of the $137,212.31 paid by Timothy and Margie to redeem the Bank Loan.

17.    June 2, 2014, e-mail from Susan Kay McGuire to Michael DeMartini containing Timothy DeMartini's letter to Michael DeMartini of May 30, 2014 rejecting Michael DeMartini's offer to pay .5% interest per month on the $137,212.31 paid by Timothy and Margie to redeem the Bank Loan, proof of mailing of May 30, 2014 of Ms. McGuire's letter to Michael DeMartini, and proof facsimile to Michael DeMartini.

18.    June 2, 2014 transmittal letter from Westamerica bank to Michael DeMartini of the cancelled (paid) Bank Loan/promissory note, deed of reconveyance of the Deed of Trust in recordable form, and filed UCC financing statement filed on June 3, 2014 as File No. 147413109 in the Office of the California Secretary of State.

19.    Deed of Reconveyance (reconveying the Deed of Trust) recorded June 12, 2014, as Instrument No. 20140010933 in the Office of the County Recorder of Nevada County.

20     June 23, 2014, letter from Timothy DeMartini to Michael and Renate DeMartini notifying them of the redemption by Timothy and Margie DeMartini of the Bank Loan and demanding repayment.

21.    Appraisal report dated December 5, 2016, authored by Daniel R. Ketcham and Associates regarding property commonly known as 12759 Loma Rica Drive, Grass Valley, California.

EXHIBIT 2

# Defendants' List of Exhibits, Exhibit 2

| ECF Doc/ Source | Ref Date | Document or Item Description |
|---|---|---|
| A. | 04/29/15 | Declaration of Timothy P. DeMartini w/ Ex. A-S |
| B. | 06/03/15 | Transcript Excerpt from deposition of Timothy P. DeMartini August 9, 2010 |
| C. | 06/03/15 | Copy of $2,000 discovery sanctions check signed by Timothy P. DeMartini |
| D. | 06/03/15 | Joint Stipulation regarding Discovery |
| E. | 06/03/15 | Register of Actions report, Marin County Superior Court |
| F. | 06/03/15 | Joint Stipulation regarding Discovery |
| G. | 06/03/15 | Michael DeMartini Notes re. Agreement with Timothy DeMartini |
| H. | 06/03/15 | Matthew DeMartini Declaration |
| I. | 06/03/15 | Michael DeMartini Declaration |
| J. | 02/25/98 | Fax to WestAmerica Bank to Brian Kendeff |
| K. | 05/15/98 | Deed of Trust for WestAmerica Bank |
| L. | 05/15/98 | Deed of Trust for WestAmerica Bank Exhibit A |
| M. | 04/01/98 | Loan Disbursement Authorization $250,000 principal |
| N. | 02/25/98 | Nevada County Building Permit Receipt $252,000 /pValuation with Attachments |
| O. | 03/17/14 | Letter from Peter H. Cuttitta regarding WestAmerica Bank Loan |

| | | |
|---|---|---|
| P. | 05/07/15 | DeMartini Brothers Construction Co. Income by Customer Detail 2002 to 2014 |
| Q. | 09/15/14 | Fax from Susan K. McGuire regarding Temporary Restraining Order |
| R. | 08/01/75 | Check No 120 for $450.00 to Timothy DeMartini, Gold County Bank front and back w/ the back of another check to show the check stamp. |
| S. | 08/15/74 | Nevada County Parcel Map 133 (the Coan Ranch) |
| T. | 10/07/76 | Copy of letters received back from Paul C. DeMartini with his signatures accepting offers for the Coan Ranch property |
| U. | 12/08/75 | Grant Deed to Michael and Renate DeMartini, file no 25096 re. Coan Ranch |
| V. | 12/08/75 | Grant Deed to Timothy and Margie DeMartini, file no 25094 re. Coan Ranch Note: Document altered |
| W. | 12/08/75 | Grant Deed to Timothy and Margie DeMartini, file no 25094 re. Coan Ranch |
| X. | 04/09/77 | Copy of Coan Ranch Survey Field Notes cover sheet, MJD & TD |
| Y. | 07/20/77 | Check No 282 for $560.00 to DeMartini Company, Gold County Bank front and back |
| Z. | 07/26/77 | Structural Calcs, Gene S. Porter, Inc. 2 pages |
| AA. | 07/15/77 | VP Building Fabrication Shipping List |
| BB. | 03/02/79 | 1978 DeMartini & Sons Income Tax documents, 10 pages |
| CC. | 04/25/78 | Check No 376 for $5000.00 to DeMartini Company, Gold County Bank front and back |

| | | |
|---|---|---|
| DD. | 12/10/85 | Lease Agreement – Design Build, Fuel Harvesters, Inc. and Michael J. DeMartini & Timothy P. DeMartini, a general partnership |
| EE. | 03/01/84 | Development Plan, Air Park Equipment Shop, Sheet DP-1. Engineer, Mjichael J. DeMartini |
| FF. | 01/15/92 | Lease Agreement, Diablo Manufacturing, Inc. and Michael and Timothy DeMartini, a general partnership, faxed by DeMartini RV Sales on March 30, 1998 to Michael DeMartini |
| GG. | 06/15/98 | Lease Agreement, Diablo Manufacturing, Inc. and Michael and Timothy DeMartini, a general partnership |
| HH. | 09/28/98 | Lease Agreement – Design Build , Electronic Carbide Process and Michael J. DeMartini & Timothy P. DeMartini, a general partnership |
| II. | 10/09/08 | Settlement Agreement and Mutual Release, Electric Carbide, Inc., et al and DeMartini Brothers Construction, et al, 12757 Loma Roica Drive, Grass Valley, CA 95945 |
| JJ. | 10/09/08 | Fax dated August 29, 2018 from DeMartini RV Sales to Michael DeMartini from Tim & Margie – 2 pages and Fax Jurnal Report showing that fax was received on October 9, 2008. |
| KK. | 11/01/06 | Proof of Publication of Fictitious Business Names, 0610895 Endorsed by Sacramento County, CA, DeMartini Brothers Construction and DeMartini & Sons |
| LL. | 05/05/14 | Proof of Publication of Fictitious Business Names, FBNF2014-02266 Endorsed by Sacramento County, CA, DeMartini Brothers Construction and DeMartini & Sons |

| | | |
|---|---|---|
| MM. | 01/28/14 | WestAmerica Bank Star Connect Plus for Business, Accounts xxxx795-1 and xxxx930-4 General Partnership Accounts |
| NN. | 09/15/14 | Email from partner Michael to Tim@demartini.com regarding WestAmerica Bank Account |
| OO. | 08/27/14 | Nevada County Sheriffs Office Activity Log with highlight box |
| PP. | 06/05/14 | Email to Tim@demartini.com from partner Michael regarding Fire Alarm Phone Bills, Partnership Business |
| QQ. | 08/05/14 | Fax dated August 5, 2014 from Michael DeMartini to Timothy DeMartini Re. WestAmerica Account |
| RR. | 08/11/14 | Email from Timothy A. Stanfield of AT&T to Michael, mdcorres@gmail.com regarding returned payment |
| SS. | 08/26/14 | Email thread between Susan K. McGuire and Michael DeMartini regarding AT&T telephone account and the partnership, 2 pages |
| TT. | 08/04/11 | Misc documents regarding San Anselmo a San Anselmo property that Timothy and I were owners |
| UU. | 08/29/14 | Photo taken by Michael DeMartini of label on bale of building insulation shipped to DeMartini Brothers (Construction) |
| VV. | 11/15/78 | Grant Deed to DeMartini & Sons, 12731 Loma Rica Drive, File No. 34526 Nevada County California, 1 page |
| WW. | 11/15/78 | Deed of Trust to Bank of America, 12731 Loma Rica Drive, File No. 34527 Nevada County California, 3 pages |

| | | |
|---|---|---|
| XX. | 07/24/14 | Fax dated July 24, 2014 to Timothy DeMartini from Michael DeMartini regarding Loma Rica 12759 and 12731 A to H |
| YY. | 08/01/14 | Email to Tim@demartini.com from partner Michael regarding occupation of 12759 Loma Rica Dr., Grass Valley, CA |
| ZZ. | 08/23/14 | Photo P1030203 taken by Michael DeMartini of window building at 12759 Loma Rica Dr., Grass Valley, CA |
| AAA. | 08/27/14 | Four Misc photos taken by Michael DeMartini on August 27, 2014 at 12759 Loma Rica Dr., Grass Valley, CA |
| BBB. | 11/10/16 | Exhibits A-C to Pleading Opp to Quash |
| CCC. | 06/03/15 | DECLARATION of Renate DeMartini in OPPOSITION TO Motion to Compel counter-claimants to post security for costs. |
| DDD. | 08/09/10 | Deposition of Timothy P. DeMartini. (8/9/10 and 8/10/10) |
| EEE. | 06/29/15 | Stipulation and Order for return of bond with interest |
| FFF. | 11/04/15 | Exhibit A-H to the Declaration of Michael J. DeMartini |
| GGG. | 07/18/16 | Exhibit A-G to the Second Amended Answer and Counterclaims |
| HHH. | 11/08/16 | Exhibit H to the Decl. of Christian Kemos |
| III. | 11/29/16 | Exhibit H to the Decl. of Christian Kemos |
| JJJ. | 12/05/16 | DECLARATION of Yasmin Quilat |
| KKK. | 12/05/16 | Exhibit A to Defendants Statement |
| LLL. | 12/12/16 | Declaration of Renate DeMartini, |
| MMM. | 12/12/16 | Declaration of Michael DeMartini |

| | | |
|---|---|---|
| NNN. | 12/16/16 | Decl. of Dustin Grate |
| OOO. | 12/16/16 | Decl. of Bechtold |
| PPP. | 12/16/16 | Decl. of Doll |
| QQQ. | 12/16/16 | Decl. of Hopkins & Attach. Ex. A |
| RRR. | 12/19/16 | DECLARATION of Kirk Rimmer w/ Exh. A-C |
| SSS. | 12/19/16 | Decl. of Timothy DeMartini |
| TTT. | 12/19/16 | REQUEST for JUDICIAL NOTICE w/ Exh. A-E |
| UUU. | 12/19/16 | Decl. of Renate DeMartini |
| VVV. | 12/19/16 | Decl. of Michael DeMartini |
| WWW. | 12/20/16 | Decl. of Renate DeMartini w/ Ex. A |
| XXX. | 12/21/16 | Exhibits submitted at hearing |
| YYY. | 12/21/16 | Transcript of hearing on TRO |
| ZZZ. | 01/05/17 | Decl. of Michael DeMartini w. Ex. A and B |
| AAAA. | 01/13/17 | Decl. of Michael DeMartini |
| BBBB. | 02/01/17 | Motion to Compel |
| CCCC. | 02/01/17 | Declaration of Michael J. DeMartini |
| DDDD. | 02/17/17 | NOTICE of Inability to Serve by Michael J. DeMartini |
| EEEE. | 02/17/17 | Motion to Amend 195,195-1,195-2 |
| FFFF. | 03/08/17 | Ex. A to Motion to Req. Bond |
| GGGG. | 09/01/17 | CIVIL DOCKET FOR CASE #: 2:14-cv-02722-JAM-CKD |
| HHHH. | 03/22/17 | Decl. of Michael DeMartini w/ Ex. 1-7 |
| IIII. | 03/22/17 | Opp. to Req. to Post Bond w/ attached Decl. of MJD and RBD |
| JJJJ. | 03/24/17 | Decl. of K. Rimmer, Decl of T. DeMartini. 202-3 - 202-6 |
| KKKK. | 05/01/17 | F&Rs of Magistrate |

| | | |
|---|---|---|
| LLLL. | 05/15/17 | Aff.s' of RBD and MJD 216-2,216-3 w/ Ex. A-D,216-4 w/ Ex. A-L |
| MMMM. | 05/15/17 | Resp. to F&Rs |
| NNNN. | 05/26/17 | Req. to File Excerpt w. Decl. of MJD |
| OOOO. | 06/01/17 | SUPPLEMENTAL DEPOSITION TRANSCRIPT EXCERPT |
| PPPP. | 06/09/17 | RJN w/ Ex. A-B |
| QQQQ. | 06/13/17 | Errata Notice RJN w/ Ex. A-B |
| RRRR. | 05/31/17 | Hearing Transcript |
| SSSS. | 07/10/17 | RJN w/ Attachment |
| TTTT. | 08/29/17 | Obj. to F&R w/ Ex. A-B (Bank card + Balance Sheet/taxes) |
| UUUU. | 08/30/17 | Req. to Seal w/ Ex. |
| VVVV. | 08/27/14 | Audio Recording (~1:15:25; Voice 006[-009].m4a) |
| WWWW. | | Evidence Bag w/ F C 9MM LUGER Casing |
| XXXX. | 08/29/17 | Westamerica Bank Signature Card |
| YYYY. | 06/08/05 | DeMartini Brothers Construction (Balance Sheet, Liabilities and Equity, Statement of Income, U.S. Form 1065, Form 4562, CA From 565, CA Form 3885 |
| ZZZZ. | 09/22/16 | Email from Kirk Rimmer to M. DeMartini |
| AAAAA. | 08/27/14 | Fax from Susan K. McGuire and Emails |
| BBBBB. | 07/15/17 | Photo of adjacent Loma Rica parcel |
| CCCCC. | 06/10/15 | Decl. of Timothy w/ Ex. G-H |
| DDDDD. | 06/01/17 | Pl.s' Second amended complaint |
| EEEEE. | 03/01/13 | Fax dated March 1, 2013 from Ms. McGuire |
| FFFFF. | Misc | demartinirv.com website archives |
| GGGGG. | 05/04/99 | Letter to Patrick Norman |

| | | |
|---|---|---|
| HHHHH. | 06/21/04 | Email from John Baker to Michael |
| IIIII. | Misc | Mead Notebook Air Park Phase II |
| JJJJJ. | 04/11/77 | Coan Ranch Aerial Photography |
| KKKKK. | 05/07/77 | Pcl 2 of lot 13 plot plan |
| LLLLL. | 05/30/05 | Coan Ranch development plan |
| MMMMM. | 12/04/06 | Computer plot of elevation model DeMartini RV |
| NNNNN. | 06/89 | Air Park Phase 2 Development Plan Sheet DP-1 |
| OOOOO. | 12/97 | Air Park Equipment Shop Phase II, Details and Structural Notes S-2, Foundation Plan S-1 |
| PPPPP. | 3/98 | Warehouse lighting plan Air Park Phase II (E1, E2, E3) |
| QQQQQ. | 01/98 | Landscape plan Air Park Manufacturing L-1 |
| RRRRR. | 06/19/05 | Site plan, grading plan GP-1, Floor plan (3), elevation, parcel map |
| SSSSS. | 10/30/90 | Tim DeMartini Mike DeMartini Fax |
| TTTTT. | 07/31/92 | Financial statements of DeMartini Trust-Thelma |
| UUUUU. | 12/31/88 | Financial statements of DeMartini Trust-Thelma |
| VVVVV. | 08/27/14 | Photos/videos at airport |
| WWWWW. | 08/29/14 | Photos at airport |
| XXXXX. | 06/25/14 | Disc. w/ Greg at 12731 Loma Rica |
| YYYYY. | 12/01/16 | Emails with Rimmer Re: Explosion @12731 Loma Rica |
| ZZZZZ. | 12/05/16 | Email with Rimmer Re: Explosion @12731 Loma Rica |
| AAAAAA | 12/13/16 | Emails with Fire Marshal re fire ball |
| BBBBBB | 12/01/16 | Video of explosion @12731 Loma Rica |

| CCCCCC | 12/01/16 | Facebook website screenshots and downloads re, 12731 Loma Rica (Williams) |
|---|---|---|
| DDDDDD | 09/12/16 | Photos at Air Park Buildings/Vicinity |
| EEEEEE | 10/11/16 | Audio of meeting with Advanced Towing, Inc |
| FFFFFF | 05/12/14 | Correspondence between Michael and Timothy Re: development of property |
| GGGGGG | 09/01/13 | Email from Timothy to others re: electrical |
| HHHHHH | 03/17/14 | Correspondence from Timothy refusal re: loan |
| IIIIII | 05/01/14 | Correspondence from Timothy will not communicate |
| JJJJJJ | 05/11/14 | Email from Timothy to other re: management |
| KKKKKK | 05/12/14 | Timothy correspondence re: communicate through intermediares |
| LLLLLL | 06/23/14 | Corres. Timothy refusal of check for loan payment |
| MMMMMM | 06/27/14 | Corres. Timothy refusal to retain attorney |
| NNNNNN | 07/18/14 | Corres. Timothy refusal of check for loan payment, letters in unmarked envelope, partnership matters through representative |
| OOOOOO | 02/22/17 | Exhibits from DVD 7 Utilized for Timothy Deposition, w/ Preston related files |
| PPPPPP | 05/07/15 | Doc. From discovery: 20150507_QuickBooksIncome12757-61LomaRica.pdf |
| QQQQQQ | 04/15/92 | Doc. From discovery: 19920415_DBC_IncomeTaxes1991.pdf |
| RRRRRR | 04/15/87 | Doc. From discovery: 19870415_DBC_IncomeTaxes1986.pdf |

| | | |
|---|---|---|
| SSSSSS | 04/15/87 | Doc. From discovery: 19870415_DBC_Accounting1986.pdf |
| TTTTTT | 06/23/14 | Doc. From discovery: 20140623_EmailsToTim2014ToDateReAirport.pdf |
| UUUUUU | 07/21/98 | Doc. From discovery: 19980721apsite Layout1 (1).pdf |
| VVVVVV | 10/15/14 | Doc. From discovery: MDVideos20141015 (folder) |
| WWWWWW | 10/13/14 | Doc. From discovery: MDPhotos20141013-15 (folder) |
| XXXXXX | 10/15/14 | Doc. From discovery: 20141015 (folder) .exe Video Viewer from Security Footage |
| YYYYYY | 06/18/14 | Doc. From discovery: FAXS20140618_143134_0001.tif |
| ZZZZZZ | Note | Defendants picked out the best they could exhibits from discovery DVD 1-7 that was previously produced to Plaintiffs. Plaintiffs haven't meet/conferred yet regarding pretrial and they area that Plaintiffs intend to focus on, and this case has an extensive 40 year history. |