UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY P. DEMARTINI, et al., | No. 2:14-cv-02722-DJC-CKD |
| Plaintiffs, | |
| v. | |
| MICHAEL J. DEMARTINI, et al., | |
| Defendants. | |
| ———————————————— | |
| TIMOTHY P. DEMARTINI, et al., | No. 2:24-cv-00415-TLN-AC |
| Plaintiffs, | |
| v. | |
| MICHAEL J. DEMARTINI, et al., | RELATED CASE ORDER |
| Defendants. | |

Defendants have filed a notice of related cases in each of the above-captioned actions. Examination of these actions reveals that they are related within the meaning of Local Rule 123(a). Here, both actions involve the same Plaintiffs and Defendants, and Defendants' counterclaims in the later-filed matter implicate a judgment rendered in the earlier-filed matter. Accordingly, the Court finds that the assignment of these matters to the same judge and magistrate judge is likely to effect a substantial savings of judicial effort and be convenient for the parties. *See* E.D. Cal. L.R. 123(a).

The parties should be aware that while relating cases under Rule 123 causes

the actions to be assigned to the same judge, it does not consolidate the actions. Under Rule 123, related cases are generally assigned to the judge to whom the first-filed action was assigned.

As a result, it is hereby ORDERED that 2:24-cv-00415-TLN-AC is reassigned from Judge Troy L. Nunley to the undersigned.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:24-cv-00415-DJC-CKD.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  **March 27, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC4 – demartini14cv2722.related_cases

2