UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY P. DEMARTINI, et al., | 2:14-cv-02722-DJC-CKD (PS) |
| Plaintiffs, | |
| v. | ORDER |
| MICHAEL J. DEMARTINI, et al., | |
| Defendants. | |

On October 1, 2024, plaintiffs and counterdefendants, Timothy and Margie DeMartini ("plaintiffs"), filed a motion for summary judgment. Defendants[1] and counterclaimants, Michael J. DeMartini and Renate DeMartini ("defendants"), move ex parte to strike the motion for summary judgment. (ECF No. 511.) Defendants also move to shorten time on the ex parte motion to strike. This matter is appropriate for decision without oral argument under Local Rule 302(g).

Defendants' arguments for striking the motion for summary judgment are based on the standing order of presiding District Judge Daniel J. Calabretta. (See ECF No. 511 at 1-3.) Because defendants proceed without counsel, however, all dispositive motions in this case are heard by the assigned magistrate judge for findings and recommendations to the district judge.

---

[1] Because defendants proceed without counsel, this matter is before the undersigned pursuant to Local Rule 302(c)(21). See 28 U.S.C. § 636(b)(1).

1

1  See Local Rule 302(c)(21); 28 U.S.C. § 636(b)(1). Moreover, in this case, when plaintiffs' moved
2  to modify the scheduling order for the purpose of filing the motion defendants now seek to strike,
3  Judge Calabretta explicitly ordered as follows: "Should the Magistrate Judge grant the [498]
4  Motion to Amend Scheduling Order and permit Plaintiff/Counter Defendants to file a motion for
5  summary judgment/adjudication, the Court will REFER that motion and any related motions to
6  the assigned Magistrate Judge[.]" (ECF No. 507.)

7  On August 27, 2024, the undersigned granted plaintiffs' motion to modify the scheduling
8  order as follows: "The scheduling order is modified to allow the filing of dispositive motions
9  noticed to be heard no later than November 6, 2024, under the procedure of Local Rule 230."
10 (ECF 509). Plaintiffs filed their motion for summary judgment at issue on October 1, 2024. Given
11 that filing date, the motion could be heard on November 6, 2024, and was timely filed.

12 Defendants claim surprise and prejudice, arguing plaintiffs filed the motion for summary
13 judgment "as a surprise on the eve of the deadline[.]" (ECF No. 511 at 5.) Given plaintiffs' recent
14 request to modify the scheduling order for the very purpose of filing the motion, however,
15 defendants were on clear notice that plaintiffs intended to file such a motion. Plaintiffs' motion to
16 modify the scheduling order made clear they sought to file a dispositive motion addressed to
17 defendants' breach of partnership contract and defamation counterclaims. (See ECF No. 498.)

18 Defendants also appear to argue they have been prevented from timely filing their own
19 dispositive "counter-motions." (ECF No. 511 at 2.) This argument is based on District Judge
20 Calabretta's standing order which requires counsel who file cross-motions for summary judgment
21 on Judge Calabretta's civil law and motion calendar to meet and confer and comply with a
22 modified filing schedule. The undersigned has no such requirement, and defendants fail to
23 demonstrate any basis for striking the motion for summary judgment filed by plaintiffs on
24 October 1, 2024.
25 /////
26 /////
27 /////
28 /////

In accordance with the above, IT IS ORDERED that defendants' ex parte application to strike (ECF No. 511) is denied.

Dated: October 4, 2024

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8,DeMartini14cv2722.511