UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY P. DEMARTINI, et al., | No. 2:14-cv-2722-DJC-CKD (PS) |
| Plaintiffs, | |
| v. | ORDER |
| MICHAEL J. DEMARTINI, et al., | |
| Defendants. | |

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On July 30, 2025, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 581.) Defendants filed objections to the findings and recommendations. (ECF No. 586.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a review of this case. Having carefully reviewed this matter, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed July 30, 2025 (ECF No. 581) are adopted in full.

1

2. Plaintiffs' motion for summary judgment (ECF No. 510) is DENIED.

3. Defendants' motion for summary judgment (ECF No. 514) is DENIED.

4. Defendants' motion to dismiss (ECF No. 515) is DENIED.

5. Plaintiffs' motion for sanctions (ECF Nos. 518, 530) are DENIED.

IT IS SO ORDERED.

Dated:  **September 2, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

8, dema14cv2722.jo.581