**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY P. DEMARTINI, ET AL., | Case No.:   2:14-cv-02722-DJC-CKD |
|    Plaintiffs/Counter Defendants, | |
|     v. | **AMENDED JUDGMENT IN A CIVIL CASE** |
| MICHAEL J. DEMARTINI, | |
|    Defendants/Counterclaimants. | |

**Jury Verdict.**  This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S RULINGS GRANTING COUNTER DEFENDANTS MOTION AS TO ALL BREACH OF ORAL PARTNERSHIP CLAIMS ALLEGED BY BOTH COUNTERCLAIMANTS' AGAINST COUNTER DEFENDANT MARGIE DEMARTINI, AS TO ALL DEFAMATION CLAIMS ALLEGED BY BOTH COUNTERCLAIMANTS' AGAINST COUNTER DEFENDANT MARGIE DEMARTINI, AND AS TO ANY DEFAMATION CLAIMS ALLEGED BY RENATE DEMARTINI AGAINST COUNTER DEFENDANTS TIMOTHY DEMARTINI AND MARGIE DEMARTINI IN ADDITION TO THE JURY VERDICT RENDERED ON MAY 6, 2026.**

ENTERED:  May 20, 2026                         by:  /s/ Keith Holland
                                                             CLERK OF COURT

1

AMENDED JUDGMENT IN A CIVIL CASE